LISA DARLING-ALDERTON - State Bar No. 221738
lalderton@woollspeer.com
**WOOLLS & PEER**
A Professional Corporation
One Wilshire Boulevard, 22nd Floor
Los Angeles, California 90017
Telephone: (213) 629-1600
Facsimile: (213) 629-1660

Attorneys for Defendant
CENTURY SURETY COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN SAFETY INDEMNITY COMPANY, et al.,<br><br>    Defendants. | Case No.: cv 12-5952LHK HRL<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANT CENTURY SURETY COMPANY TO RESPOND TO THE COMPLAINT**<br><br>Filing Date:  November 21, 2012<br>Trial Date:   N/A |

Pursuant to Local Rule 6-1, Plaintiff, St. Paul Mercury Insurance Company, stipulates to a twenty-eight (28) day extension of time for Defendant, Century Surety Company to respond to the complaint, to allow the party's time to discuss informal resolution when decision-makers are available after the holidays. Century Surety Company was served with the complaint in this matter on December 12, 2012, and has had no prior extensions of time. Century Surety Company's response to the Complaint is now due on or before January 31, 2012. As no trial or other dates have been set, this extension of time will not impact the schedule for the case.

1

IT IS SO STIPULATED.

DATED: December 28, 2012                THE AGUILERA LAW GROUP, APLC

                                        _____
                                        A. ERIC AGUILERA
                                        ADAM WRIGHT
                                        Attorneys for Plaintiff
                                        ST. PAUL MERCURY INSURANCE
                                        COMPANY

DATED: December 28, 2012                WOOLLS & PEER
                                        A Professional Corporation


                                        _____
                                        LISA DARLING-ALDERTON
                                        Attorneys for Defendant
                                        CENTURY SURETY COMPANY

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: January 2, 2013                  By: *Lucy H. Koh*

IT IS SO STIPULATED.

DATED: December 28, 2012              THE AGUILERA LAW GROUP, APLC

_____
 A. ERIC AGUILERA
 ADAM WRIGHT
Attorneys for Plaintiff
ST. PAUL MERCURY INSURANCE
COMPANY

DATED: December 28, 2012              WOOLLS & PEER
                                      A Professional Corporation

           /s/
_____
 LISA DARLING-ALDERTON
Attorneys for Defendant
CENTURY SURETY COMPANY

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  January 2, 2013           By: *Lucy H. Koh*

WOOLLS & PEER
A Professional Corporation
One Wilshire Boulevard, 22nd Floor
Los Angeles, California 90017