1  LISA DARLING-ALDERTON - State Bar No. 221738
   lalderton@woollspeer.com
2  **WOOLLS & PEER**
   A Professional Corporation
3  One Wilshire Boulevard, 22nd Floor
   Los Angeles, California 90017
4  Telephone:  (213) 629-1600
   Facsimile:   (213) 629-1660
5
   Attorneys for Defendant
6  CENTURY SURETY COMPANY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY,<br><br>          Plaintiff,<br><br>     v.<br><br>AMERICAN SAFETY INDEMNITY COMPANY, et al.,<br><br>          Defendants. | Case No.: cv 12-5952LHK HRL<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANT CENTURY SURETY COMPANY TO RESPOND TO THE COMPLAINT**<br><br>Filing Date:   November 21, 2012<br>Trial Date:    N/A |

Pursuant to Local Rule 6-1, Plaintiff, St. Paul Mercury Insurance Company, stipulates to a twenty-eight (28) day extension of time for Defendant, Century Surety Company to respond to the complaint, to allow the party's time to discuss informal resolution when decision-makers are available after the holidays. Century Surety Company was served with the complaint in this matter on December 12, 2012, and has had no prior extensions of time. Century Surety Company's response to the Complaint is now due on or before January 31, 2012. As no trial or other dates have been set, this extension of time will not impact the schedule for the case.

1

IT IS SO STIPULATED.

DATED: December 28, 2012

THE AGUILERA LAW GROUP, APLC

_____
A. ERIC AGUILERA
ADAM WRIGHT
Attorneys for Plaintiff
ST. PAUL MERCURY INSURANCE COMPANY

DATED: December 28, 2012

WOOLLS & PEER
A Professional Corporation

_____
LISA DARLING-ALDERTON
Attorneys for Defendant
CENTURY SURETY COMPANY

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: January 2, 2013        By: *Lucy H. Koh*

1 | IT IS SO STIPULATED.

2

3 | DATED: December 28, 2012         THE AGUILERA LAW GROUP, APLC

4

5 | _____
   A. ERIC AGUILERA
6 | ADAM WRIGHT
   Attorneys for Plaintiff
7 | ST. PAUL MERCURY INSURANCE
   COMPANY

8

9 | DATED: December 28, 2012         WOOLLS & PEER
                                    A Professional Corporation
10

11

12 | /s/
    _____
    LISA DARLING-ALDERTON
13 | Attorneys for Defendant
    CENTURY SURETY COMPANY

14

15 | PURSUANT TO STIPULATION, IT IS SO ORDERED.

16 | DATED:  January 2, 2013          By: *Lucy H. Koh*
17

WOOLLS & PEER
A Professional Corporation
One Wilshire Boulevard, 22nd Floor
Los Angeles, California 90017

2

[CASE NO.: CV 12-5952LHK HRL]
STIPULATION FOR EXTENSION OF TIME FOR CENTURY SURETY COMPANY TO RESPOND TO THE COMPLAINT

325503.1