UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation,<br><br>              Plaintiff,<br><br>   v.<br><br>AMERICAN SAFETY INDEMNITY COMPNAY, an Oklahoma corporation; CENTURY SURETY COMPANY, an Ohio corporation; CHARTIS SPECIALTY INSURANCE COMPANY, an Illinois corporation; CLARENDON AMERICA INSURANCE COMPANY, a New Jersey corporation; FIRST MERCURY INSURANCE COMPANY, an Illinois corporation; GEMINI INSURANCE COMPANY, a Delaware corporation; GRANITE STATE INSURANCE COMPANY, a Pennsylvania corporation; GREAT AMERICAN INSURANCE COMPANY, an Ohio corporation; HARTFORD CASUALTY INSURANCE COMPANY, an Indiana corporation; INTERSTATE FIRE & CASUALTY COMPANY, an Illinois corporation; IRONSHORE SPECIALTY INSURANCE COMPANY, an Arizona corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation; NATIONAL UNION FIRE INSURANCE COMPANY, a Pennsylvania corporation; NATIONAL FIRST & MARINES INSURANCE COMPANY, a Nebraska corporation; NAVIGATORS INSURANCE COMPANY, a New York corporation; NIC | Case No.: 12-CV-05952-LHK<br><br>ORDER CONTINUING HEARING |

1

Case No.: 12-CV-05952-LHK
ORDER CONTINUING HEARING

| | |
|---|---|
| INSURANCE COMPANY, a New York corporation; NOTH AMERICAN CAPACITY INSURANCE COMPANY, a New Hampshire corporation; OLD REPUBLIC INSURANCE COMPANY, a Pennsylvania corporation; PRAETORIAN INSURANCE COMPANY, a Pennsylvania corporation; ROCKHILL INSURANCE COMPANY, an Arizona corporation; VALLEY FORGE INSURANCE COMPANY, a Pennsylvania corporation; VIRGINIA SURETY COMPANY, an Illinois corporation; and Does 1-10, inclusive, | ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

On November 21, 2012, St. Paul Mercury Insurance Company ("Plaintiff") filed the instant insurance action against twenty-two defendants. ECF No. 1. Since that time, the parties have filed no less than ten stipulations to extend time for Defendants to file responses to the Complaint. *See* ECF Nos. 7, 9, 11, 21, 32, 33, 31, 42, 44, and 53.

On February 19, 2013, Plaintiff filed an Ex Parte Application to Continue the Case Management Conference Set for February 27, 2013. ECF No. 57. In this Application, Plaintiff states that, as of February 6, 2013, only six attorneys representing ten of the named defendants had answered or advised of their representation. *Id*. at 4. Plaintiffs further advise that, "[s]ince that time, counsel for all but two of the remaining defendants have advised of their representation or that representation is forthcoming." *Id*. Plaintiff now requests a continuance of the case management conference by four weeks "so that all named defendants may enter their appearances and the parties can conduct a further Rule 26(f) conference and allow for a productive Case Management Conference." *Id*.

In light of the foregoing, the Court finds good cause to GRANT Plaintiff's ex parte request to continue the case management conference from February 27, 2013, to April 3, 2013, at 2:00 p.m. However, any further requests for extensions will be disfavored.

**IT IS SO ORDERED.**

Dated: February 20, 2013

_____
LUCY H. KOH
United States District Judge