LISA DARLING-ALDERTON - State Bar No. 221738
lalderton@woollspeer.com
**WOOLLS & PEER**
A Professional Corporation
One Wilshire Boulevard, 22nd Floor
Los Angeles, California 90017
Telephone:   (213) 629-1600
Facsimile:    (213) 629-1660

Attorneys for Defendant
CENTURY SURETY COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY,<br><br>                    Plaintiff,<br><br>        v.<br><br>AMERICAN SAFETY INDEMNITY COMPANY, et al.,<br><br>                    Defendants. | Case No.: cv 12-5952LHK HRL<br><br>**SECOND STIPULATION EXTENDING TIME FOR DEFENDANT CENTURY SURETY COMPANY TO RESPOND TO THE COMPLAINT**<br><br>Filing Date:       November 21, 2012<br>Trial Date:        N/A |

Pursuant to Local Rule 6-1, Plaintiff, St. Paul Mercury Insurance Company, stipulates to a second fourteen (14) day extension of time for Defendant, Century Surety Company to respond to the complaint, to allow the party's further time to discuss informal resolution. Century Surety Company was served with the complaint in this matter on December 12, 2012. On January 2, 2013, this court granted a 28-day extension of time, until January 31, 2013, for Century Surety to respond to the Complaint. The parties expect to have this matter resolved shortly and request 14

1

WOOLLS & PEER
A Professional Corporation
One Wilshire Boulevard, 22nd Floor
Los Angeles, California 90017

more days to allow this to be finalized. Century Surety's response would now be due on or before February 14, 2013.  This extension of time will not impact any dates scheduled for the case.

IT IS SO STIPULATED.

DATED:  January 31, 2013                    THE AGUILERA LAW GROUP, APLC


                                            _____
                                            A. ERIC AGUILERA
                                            ADAM WRIGHT
                                            Attorneys for  Plaintiff
                                            ST. PAUL MERCURY INSURANCE
                                            COMPANY


DATED:  January 31, 2013                    WOOLLS & PEER
                                            A Professional Corporation


                                            /s/
                                            _____
                                            LISA DARLING-ALDERTON
                                            Attorneys for  Defendant
                                            CENTURY SURETY COMPANY


PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  February 20, 2013                    By: _Lucy H. Koh_____

[CASE NO.: CV 12-5952LHK HRL]
SECOND STIPULATION FOR EXTENSION OF TIME FOR CENTURY SURETY COMPANY TO RESPOND TO THE COMPLAINT
325503.2

WOOLLS & PEER
A Professional Corporation
One Wilshire Boulevard, 22nd Floor
Los Angeles, California 90017