LISA DARLING-ALDERTON - State Bar No. 221738
lalderton@woollspeer.com
**WOOLLS & PEER**
A Professional Corporation
One Wilshire Boulevard, 22nd Floor
Los Angeles, California 90017
Telephone: (213) 629-1600
Facsimile: (213) 629-1660

Attorneys for Defendant
CENTURY SURETY COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>AMERICAN SAFETY INDEMNITY COMPANY, et al.,<br><br>　　　　Defendants. | Case No.: cv 12-5952LHK HRL<br><br>**SECOND STIPULATION EXTENDING TIME FOR DEFENDANT CENTURY SURETY COMPANY TO RESPOND TO THE COMPLAINT**<br><br>Filing Date:　November 21, 2012<br>Trial Date:　　N/A |

Pursuant to Local Rule 6-1, Plaintiff, St. Paul Mercury Insurance Company, stipulates to a second fourteen (14) day extension of time for Defendant, Century Surety Company to respond to the complaint, to allow the party's further time to discuss informal resolution. Century Surety Company was served with the complaint in this matter on December 12, 2012. On January 2, 2013, this court granted a 28-day extension of time, until January 31, 2013, for Century Surety to respond to the Complaint. The parties expect to have this matter resolved shortly and request 14

1

more days to allow this to be finalized. Century Surety's response would now be due on or before February 14, 2013.  This extension of time will not impact any dates scheduled for the case.

    IT IS SO STIPULATED.

DATED: January 31, 2013        THE AGUILERA LAW GROUP, APLC

                                        A. ERIC AGUILERA
                                        ADAM WRIGHT
                                        Attorneys for Plaintiff
                                        ST. PAUL MERCURY INSURANCE COMPANY

DATED: January 31, 2013        WOOLLS & PEER
                                        A Professional Corporation

                                        /s/
                                        LISA DARLING-ALDERTON
                                        Attorneys for Defendant
                                        CENTURY SURETY COMPANY

    PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: February 20, 2013       By: *Lucy H. Koh*

2

325503.2    SECOND STIPULATION FOR EXTENSION OF TIME FOR CENTURY SURETY COMPANY TO RESPOND TO THE COMPLAINT    [CASE NO.: CV 12-5952LHK HRL]