LISA DARLING-ALDERTON - State Bar No. 221738
lalderton@woollspeer.com
**WOOLLS & PEER**
A Professional Corporation
One Wilshire Boulevard, 22nd Floor
Los Angeles, California 90017
Telephone:  (213) 629-1600
Facsimile:   (213) 629-1660

Attorneys for Defendant
CENTURY SURETY COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN SAFETY INDEMNITY COMPANY, et al.,<br><br>    Defendants. | Case No.: cv 12-5952LHK HRL<br><br>**THIRD STIPULATION EXTENDING TIME FOR DEFENDANT CENTURY SURETY COMPANY TO RESPOND TO THE COMPLAINT**<br><br>Filing Date:   November 21, 2012<br>Trial Date:    N/A |

Pursuant to Local Rule 6-1, Plaintiff, St. Paul Mercury Insurance Company, stipulates to a third extension of one week for Defendant, Century Surety Company to respond to the complaint, to allow the party's further time to discuss informal resolution. Century Surety Company was served with the complaint in this matter on December 12, 2012. On January 2, 2013, this court granted a 28-day extension of time, until January 31, 2013, for Century Surety to respond to the Complaint. On January 31, 2013, the parties jointly requested a second two-week extension, through

1

February 14, 2013. The parties expect to have this matter resolved shortly and request 7 more days to allow this to be finalized. Century Surety's response would now be due on or before February 21, 2013. This extension of time will not impact any dates scheduled for the case. The first case management conference in this case is set for February 27, 2013.

    IT IS SO STIPULATED.

DATED: February 14, 2013    THE AGUILERA LAW GROUP, APLC

    _____
    A. ERIC AGUILERA
    ADAM WRIGHT
    Attorneys for Plaintiff
    ST. PAUL MERCURY INSURANCE COMPANY

DATED: February 14, 2013    WOOLLS & PEER
    A Professional Corporation


    _____/s/_____
    LISA DARLING-ALDERTON
    Attorneys for Defendant
    CENTURY SURETY COMPANY

    PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____    By:_____

[CASE NO.: CV 12-5952LHK HRL]
THIRD STIPULATION FOR EXTENSION OF TIME FOR CENTURY SURETY COMPANY TO RESPOND TO THE COMPLAINT

325503.2

WOOLLS & PEER
A Professional Corporation
One Wilshire Boulevard, 22nd Floor
Los Angeles, California 90017

February 14, 2013. The parties expect to have this matter resolved shortly and request 7 more days to allow this to be finalized. Century Surety's response would now be due on or before February 21, 2013. This extension of time will not impact any dates scheduled for the case. The first case management conference in this case is set for February 27, 2013.

    IT IS SO STIPULATED.

DATED: February 14, 2013    THE AGUILERA LAW GROUP, APLC

*/s/*
A. ERIC AGUILERA
ADAM WRIGHT
Attorneys for Plaintiff
ST. PAUL MERCURY INSURANCE COMPANY

DATED: February 14, 2013    WOOLLS & PEER
A Professional Corporation

/s/
LISA DARLING-ALDERTON
Attorneys for Defendant
CENTURY SURETY COMPANY

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: February 20, 2013    By: *Lucy H. Koh*

2

[CASE NO.: CV 12-5952LHK HRL]
THIRD STIPULATION FOR EXTENSION OF TIME FOR CENTURY SURETY COMPANY TO RESPOND TO THE COMPLAINT
325503.2