UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA


ST. PAUL MERCURY
INSURANCE COMPANY

        Plaintiff(s),

        v.

AMERICAN SAFETY INDEMNITY
COMPANY, et al.,
        Defendant(s).
_____/

CASE NO.: **5:12-cv-05952-LHK**

**STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS**

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
☐    Non-binding Arbitration (ADR L.R. 4)
☐    Early Neutral Evaluation (ENE)   (ADR L.R. 5)
☐    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
X    Private ADR (*please identify process and provider*)   Mediation – To be determined   .

The parties agree to hold the ADR session by:
☐    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

X    other requested deadline   September 1, 2013

Dated: March 13, 2013         **THE AGUILERA LAW GROUP, APLC**

                                          */s/ Scott La Salle*
                                  Scott La Salle, Esq.
                                  Attorneys for Plaintiff ST. PAUL MERCURY
                                  INSURANCE COMPANY

Dated: March 13, 2013         **TRENK DIPASQUALE**

_\_\_/s/:  Marc J. Derewetzky_____
Marc J. Derewetzky
Attorneys for Defendants CHARTIS SPECIALTY INSURANCE COMPANY, GRANITE STATE INSURANCE COMPANY, LEXINGTON INSURANCE COMPANY, and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

Dated: March 13, 2013         **MUSICK, PEELER & GARRETT LLP**

_____/s/:  Jennifer C. Kalvestran_____
Jennifer C. Kalvestran
Attorneys for Defendant FIRST MERCURY INSURANCE COMPANY

Dated: March 13, 2013         **BLAU& ASSOCIATES, P.C.**

\_\_\_\__/s/:  Ron Nelson_____
Ron Nelson
Attorneys for Defendant CLARENDON AMERICA INSURANCE COMPANY

Dated: March 13, 2013         **WOLKIN & CURRAN, LLP**

\_\_\_\__/s/:  David F. Myers_____
David F. Myers
Attorneys for Defendant GEMINI INSURANCE COMPANY

Dated: March 13, 2013         **DUANE MORRIS LLP**

_____/s/:  Terrance J. Evans_____
Terrence J. Evans
Attorneys for Defendant GREAT AMERICAN INSURANCE COMPANY

Dated: March 13, 2013         **SMITH, SMITH & FEELEY, LLP**

_____/s/:  John E. Feeley_____
John E. Feeley
Lois Kim
Attorneys for Defendant HARTFORD FIRE INSURANCE COMPANY

Dated: March 13, 2013          **HAIGHT, BROWN & BONESTEEL LLP**

_____/s/:  Michael L. Leahy_____
Michael L. Leahy
Jesse M. Sullivan
Attorneys for Defendant INTERSTATE FIRE & CASUALTY COMPANY

Dated: March 13, 2013          **MURCHISON & CUMMING, LLP**

_____/s/:  John H. Pedesta_____
John H. Podesta
Alicia Gurries
Attorneys for Defendant IRONSHORE SPECIALTY INSURANCE COMPANY

Dated: March 13, 2013          **COLLIAU CARLUCCIO KEENER MORROW PETERSON & PARSONS**

_____/s/: Sherman C. Lee_____
Sherman C. Lee
Attorney for Defendant VALLEY FORGE INSURANCE COMPANY

Dated: March 13, 2013          **GORDON & REES**

_____/s/: Steve B. Bitter_____
Steve B. Bitter
Timothy P. Lindell
Attorneys for Defendants NAVIGATORS INSURANCE COMPANY and NAVIGATORS SPECIALTY INSURANCE COMPANY (formerly known as NIC Insurance Company)

Dated: March13, 2013          **GRIMM, VRANJES & GREER, LLP**

_/s/:  Matthew Morache_____
Matthew Morache
Attorney for Defendant NORTH AMERICAN CAPACITY INSURANCE COMPANY

| | |
|---|---|
| Dated: March 13, 2013 | **BRANSON, BRINKOP, GRIFFITH & STRONG, LLP** |
| | |
| | */s/: John R. Campo* |
| | John R. Campo |
| | Attorneys for Defendants OLD REPUBLIC INSURANCE COMPANY and VIRGINIA SURETY COMPANY |
| | |
| Dated: March 13, 2013 | **DE LA PEÑA & HOLIDAY** |
| | |
| | */s/: Whitney F. O'Sullivan* |
| | Whitney F. O'Sullivan |
| | Attorneys for Defendant PRAETORIAN INSURANCE COMPANY |

**[~~PROPOSED~~] ORDER**

☒   The parties' stipulation is adopted and IT IS SO ORDERED.
☐   The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated: March 14, 2013

*Lucy H. Koh*
Hon. Lucy H. Koh
UNITED STATES JUDGE

---

When filing this document in ECF, please be sure to use the appropriate Docket Event, e.g., "Stipulation and Proposed Order Selecting Mediation."