UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ST. PAUL MERCURY
INSURANCE COMPANY

CASE NO.:  **5:12-cv-05952-LHK**

Plaintiff(s),

v.

**STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS**

AMERICAN SAFETY INDEMNITY
COMPANY, et al.,

Defendant(s).

_____/

Counsel report that they have met and conferred regarding ADR and have reached the
following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
☐        Non-binding Arbitration (ADR L.R. 4)
☐        Early Neutral Evaluation (ENE)   (ADR L.R. 5)
☐        Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is
appreciably more likely to meet their needs than any other form of ADR must participate in an
ADR  phone conference and may not file this form.  They must instead file a Notice of Need for
ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
X        Private ADR *(please identify process and provider)*_____ Mediation – To be
determined_____.

The parties agree to hold the ADR session by:
☐        the presumptive deadline *(The deadline is 90 days from the date of the order
referring the case to an ADR process unless otherwise ordered. )*

X        other requested deadline _____September 1, 2013_____

Dated:  March 13, 2013                **THE AGUILERA LAW GROUP, APLC**

_____/s/ Scott La Salle_____
Scott La Salle, Esq.
Attorneys for Plaintiff ST. PAUL MERCURY
INSURANCE COMPANY

Dated: March 13, 2013                **TRENK DIPASQUALE**


    ___*/s/:  Marc J. Derewetzky*_____
Marc J. Derewetzky
Attorneys for Defendants CHARTIS SPECIALTY
INSURANCE COMPANY, GRANITE STATE
INSURANCE COMPANY, LEXINGTON
INSURANCE COMPANY, and  NATIONAL
UNION FIRE INSURANCE COMPANY OF
PITTSBURGH, PA


Dated: March 13, 2013                **MUSICK, PEELER & GARRETT LLP**


    _____*/s/:  Jennifer C. Kalvestran*_____
Jennifer C. Kalvestran
Attorneys for Defendant FIRST MERCURY
INSURANCE COMPANY


Dated: March 13, 2013                **BLAU& ASSOCIATES, P.C.**


    _____*/s/:  Ron Nelson*_____
Ron Nelson
Attorneys for Defendant CLARENDON
AMERICA INSURANCE COMPANY


 Dated: March 13, 2013               **WOLKIN & CURRAN, LLP**


    _____*/s/:  David F. Myers*_____
David F. Myers
Attorneys for Defendant GEMINI INSURANCE
COMPANY


Dated: March 13, 2013                **DUANE MORRIS LLP**


    _____*/s/:  Terrance J. Evans*_____
Terrence J. Evans
Attorneys for Defendant GREAT AMERICAN
INSURANCE COMPANY


Dated: March 13, 2013                **SMITH, SMITH & FEELEY, LLP**


    _____*/s/:  John E. Feeley*_____
John E. Feeley
Lois Kim
Attorneys for Defendant HARTFORD FIRE
INSURANCE COMPANY

Dated: March 13, 2013      **HAIGHT, BROWN & BONESTEEL LLP**

_____/s/:  Michael L. Leahy_____
Michael L. Leahy
Jesse M. Sullivan
Attorneys for Defendant INTERSTATE FIRE &
CASUALTY COMPANY


Dated: March 13, 2013      **MURCHISON & CUMMING, LLP**

_____/s/:  John H. Pedesta_____
John H. Podesta
Alicia Gurries
Attorneys for Defendant IRONSHORE
SPECIALTY INSURANCE COMPANY


Dated: March 13, 2013      **COLLIAU CARLUCCIO KEENER MORROW
PETERSON & PARSONS**

_____/s/: Sherman C. Lee_____
Sherman C. Lee
Attorney for Defendant VALLEY FORGE
INSURANCE COMPANY


Dated: March 13, 2013      **GORDON & REES**

_____/s/: Steve B. Bitter_____
Steve B. Bitter
Timothy P. Lindell
Attorneys for Defendants NAVIGATORS
INSURANCE COMPANY and NAVIGATORS
SPECIALTY INSURANCE COMPANY (formerly
known as NIC Insurance Company)


Dated: March13, 2013      **GRIMM, VRANJES & GREER, LLP**

_/s/:  Matthew Morache_____
Matthew Morache
Attorney for Defendant NORTH AMERICAN
CAPACITY INSURANCE COMPANY

Dated: March 13, 2013      **BRANSON, BRINKOP, GRIFFITH & STRONG, LLP**

_/s/: John R. Campo_

John R. Campo

Attorneys for Defendants OLD REPUBLIC INSURANCE COMPANY and VIRGINIA SURETY COMPANY

Dated: March 13, 2013      **DE LA PEÑA & HOLIDAY**

_/s/: Whitney F. O'Sullivan_

Whitney F. O'Sullivan

Attorneys for Defendant PRAETORIAN INSURANCE COMPANY

**[~~PROPOSED~~] ORDER**

☒      The parties' stipulation is adopted and IT IS SO ORDERED.

☐      The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated: March 14, 2013

_Lucy H. Koh_

Hon. Lucy H. Koh

UNITED STATES JUDGE

When filing this document in ECF, please be sure to use the appropriate Docket Event, e.g., "Stipulation and Proposed Order Selecting Mediation."