```
 1  THE AGUILERA LAW GROUP, APLC
    A. Eric Aguilera (SBN 192390)
 2  Daniel Eli (SBN 192019)
 3  Adam A. Wright (SBN 143990)
    700 South Flower Street, Suite 3350
 4  Los Angeles, CA 90017
    T: 213-929-1330 / F: 714-384-6601
 5  eaguilera@aguileragroup.com
    deli@aguileragroup.com
 6  awright@aguileragroup.com
 7
    Attorneys for Plaintiff
 8  ST. PAUL MERCURY INSURANCE COMPANY
 9
10
11              UNITED STATES DISTRCIT COURT
12      NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION
13
14  ST. PAUL MERCURY INSURANCE        Case No. 12-CV-05952-LHK-HRL
    COMPANY, a Minnesota corporation
15                                    STIPULATION GRANTING DEFENDANT
           Plaintiff,                 CENTURY SURETY COMPANY A
16                                    FOURTH EXTENSION OF TIME TO
        v.                            RESPOND TO THE COMPLAINT
17
18  AMERICAN SAFETY INDEMNITY
    COMPANY, an Oklahoma corporation;
19  CENTURY SURETY COMPANY, an Ohio
    corporation; CHARTIS SPECIALTY     Trial: None
20  INSURANCE COMPANY, an Illinois
    corporation; CLARENDON AMERICA
21  INSURANCE COMPANY, New Jersey
    corporation; FIRST MERCURY
22  INSURANCE COMPANY; an Illinois
    corporation; GEMINI INSURANCE
23  COMPANY, a Delaware corporation;
    GRANITE STATE INSURANCE
24  COMPANY, a Pennsylvania corporation;
    GREAT AMERICAN INSURANCE
25  COMPANY, an Ohio corporation;
    HARTFORD CASUALTY INSURANCE
26  COMPANY, an Indiana corporation;
    INTERSTATE FIRE & CASUALTY
27  COMPANY, an Illinois corporation;
    IRONSHORE SPECIALTY INSURANCE
28  COMPANY, an Arizona corporation;
```

1

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12 | LEXINGTON INSURANCE COMPANY, a Delaware corporation; NATIONAL UNION FIRE INSURANCE COMPANY, a Pennsylvania corporation; NATIONAL FIRE & MARINES INSURANCE COMPANY, a Nebraska corporation; NAVIGATORS INSURANCE COMPANY; a New York corporation; NIC INSURANCE COMPANY, a New York corporation; NORTH AMERICAN CAPACITY INSURANCE COMPANY, a New Hampshire corporation; OLD REPUBLIC INSURANCE COMPANY, a Pennsylvania corporation; PRAETORIAN INSURANCE COMPANY, a Pennsylvania corporation; ROCKHILL INSURANCE COMPANY, an Arizona corporation; VALLEY FORGE INSURANCE COMPANY, a Pennsylvania corporation; VIRGINIA SURETY COMPANY, an Illinois corporation; and Does 1-10, inclusive<br><br>Defendants. |

Pursuant to Local Rule 6.1, Plaintiff, St. Paul Mercury Insurance Company hereby stipulates that Defendant Century Surety Company may have a fourth extension of time within which to respond to the Complaint on file up to and including Monday, March 4, 2013 to allow the parties further time to discuss informal resolution. This is the fourth and will be the final extension of time, following a 28-day extension up to and including January 31, 2013, a 14-day extension up to and including February 14, 2013, and a 7-day extension up to and including February 21, 2013. The parties expect to have this matter resolved shortly and request this final extension to allow for this to be finalized. This extension will not impact any dates scheduled for the case, as the Initial Case Management Conference is currently set for April 4, 2013.

2

CASE NO. 12-cv-05952-LHK-HRL
STIPULATION GRANTING DEFENDANT CENTURY SURETY COMPANY A FOURTH
EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

1 | Dated: February 21, 2013

THE AGUILERA LAW GROUP, APLC

*[signature]*

A. Eric Aguilera, Esq.
Daniel Eli, Esq.
Adam A. Wright, Esq.
Attorneys for Plaintiff
ST. PAUL MERCURY INSURANCE COMPANY

Dated: February 21, 2013

WOOLLS & PEER
A Professional Corporation

*[signature]*

Lisa Darling-Alderton, Esq.
Attorneys for Defendant
CENTURY SURETY COMPANY

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED  4/02/2013         BY  *Lucy H. Koh*

3

CASE NO. 12-cv-05952-LHK-HRL
STIPULATION GRANTING DEFENDANT CENTURY SURETY COMPANY A FOURTH
EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 700 S. Flower St., Ste. 3350, Los Angeles, California 90017.

On February 21, 2013, I served the foregoing document described as: **STIPULATION GRANTING DEFENDANT CENTURY SURETY COMPANY A FOURTH EXTENSION OF TIME TO RESPOND TO THE COMPLAINT** on the interested parties in this action.

☐ **BY U.S. MAIL**

( ) *I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

☐ As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under the practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage date is more than 1 day after date of deposit for mailing in affidavit.

☒ **BY ELECTRONIC SERVICE VIA ECF** I transmitted a true copy of the above entitled document(s) to CM/ECF for filing and service on all parties.

☐ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 21, 2013 at Los Angeles, California.


/s/ Judy Jaramillo
Judy Jaramillo

-1-