**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera (SBN 192390)
Scott La Salle (SBN 188287)
650 Town Center Drive
Suite 100
Costa Mesa, CA 92626
T: 714-384-6600 / F: 714-384-6601
eaguilera@aguileragroup.com
slasalle@aguileragroup.com

Attorney for Plaintiff
ST. PAUL MERCURY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AMERICAN SAFETY INDEMNITY COMPANY, an Oklahoma corporation; et al.,<br><br>　　　　Defendants. | Case No. 5:12-cv-05952-LHK<br><br>**STIPULATION TO DISMISS DEFENDANT IRONSHORE SPECIALTY INSURANCE COMPANY; [PROPOSED] ORDER**<br><br>Complaint Filed:　November 21, 2012<br>Trial Date:　　　　No Date Set |

IT IS HEREBY STIPULATED by and between Plaintiff ST. PAUL MERCURY INSURANCE COMPANY ("ST. PAUL") and Defendant IRONSHORE SPECIALTY INSURANCE COMPANY ("IRONSHORE") through their designated counsel that Defendant IRONSHORE only be and hereby is dismissed without prejudice from the above-captioned action pursuant to FRCP 41(a)(1).

///

///

///

///

Both Plaintiff ST. PAUL and Defendant IRONSHORE further stipulate to bear their own costs and fees.

Dated: March 26, 2013       **THE AGUILERA LAW GROUP, APLC**

_____/s/ Scott La Salle_____

A. Eric Aguilera
Scott La Salle
Attorneys for Plaintiff ST. PAUL FIRE AND MARINE INSURANCE COMPANY

Dated: March 26, 2013       **MURCHISON & CUMMING, LLP**

_____/s/ John H. Podesta_____
John H. Podesta
Attorneys for Defendant IRONSHORE SPECIALTY INSURANCE COMPANY

### ORDER

Pursuant to stipulation of Plaintiff ST. PAUL and Defendant IRONSHORE and good cause existing therefore,

**IT IS HEREBY ORDERED** that defendant IRONSHORE only may be dismissed without prejudice, with each party to bear their own costs and fees.

Dated:   April 2   , 2013        _Lucy H. Koh_____
Hon. Lucy H. Koh
Judge of the District Court