**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera (SBN 192390)
Scott La Salle (SBN 188287)
650 Town Center Drive
Suite 100
Costa Mesa, CA 92626
T: 714-384-6600 / F: 714-384-6601
eaguilera@aguileragroup.com
slasalle@aguileragroup.com

Attorney for Plaintiff
ST. PAUL MERCURY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN SAFETY INDEMNITY COMPANY, an Oklahoma corporation; et al.,<br><br>Defendants. | Case No. 5:12-cv-05952-LHK<br><br>**STIPULATION TO DISMISS DEFENDANT INTERSTATE FIRE & CASUALTY COMPANY; [PROPOSED] ORDER**<br><br>Complaint Filed:   November 21, 2012<br>Trial Date:            No Date Set |

IT IS HEREBY STIPULATED by and between Plaintiff ST. PAUL MERCURY INSURANCE COMPANY ("ST. PAUL") and Defendant INTERSTATE FIRE & CASUALTY COMPANY ("INTERSTATE") through their designated counsel that Defendant INTERSTATE only be and hereby is dismissed without prejudice from the above-captioned action pursuant to FRCP 41(a)(1).

///
///
///
///

Both Plaintiff ST. PAUL and Defendant INTERSTATE further stipulate to bear their own costs and fees.

Dated: March 26, 2013          **THE AGUILERA LAW GROUP, APLC**

_/s/ Scott La Salle_

A. Eric Aguilera
Scott La Salle
Attorneys for Plaintiff ST. PAUL FIRE AND MARINE INSURANCE COMPANY

Dated: March 26, 2013          **HAIGHT, BROWN & BONESTEEL LLP**

_/s/ Jesse M. Sullivan_

Michael J. Leahy
Jesse M. Sullivan
Attorneys for Defendant INTERSTATE FIRE & CASUALTY COMPANY

## ORDER

Pursuant to stipulation of Plaintiff ST. PAUL and Defendant INTERSTATE and good cause existing therefore,

**IT IS HEREBY ORDERED** that defendant INTERSTATE only may be dismissed without prejudice, with each party to bear their own costs and fees.

Dated:  April 2  , 2013

Hon. Lucy H. Koh
Judge of the District Court