1 **THE AGUILERA LAW GROUP, APLC**
2 A. Eric Aguilera (SBN 192390)
  Scott La Salle (SBN 188287)
3 650 Town Center Drive
  Suite 100
4 Costa Mesa, CA 92626
5 T: 714-384-6600 / F: 714-384-6601
  eaguilera@aguileragroup.com
6 slasalle@aguileragroup.com
7

8 Attorney for Plaintiff
  ST. PAUL MERCURY INSURANCE COMPANY
9

10             **UNITED STATES DISTRICT COURT**
11         **NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**
12

| | |
|---|---|
| 13  ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation | Case No. 5:12-cv-05952-LHK |
| 14           Plaintiff, | **STIPULATION TO DISMISS DEFENDANT CLARENDON AMERICA INSURANCE COMPANY; [PROPOSED] ORDER** |
| 15      v. | |
| 16  AMERICAN SAFETY INDEMNITY COMPANY, an Oklahoma corporation; et al., | |
| 17 | Complaint Filed:   November 21, 2012 |
| 18           Defendants. | Trial Date:             No Date Set |
| 19 | |

20     IT IS HEREBY STIPULATED by and between Plaintiff ST. PAUL MERCURY
21 INSURANCE COMPANY ("ST. PAUL") and Defendant CLARENDON AMERICA
22 INSURANCE COMPANY ("CLARENDON") through their designated counsel that Defendant
23 CLARENDON only be and hereby is dismissed without prejudice from the above-captioned action
24 pursuant to FRCP 41(a)(1).
25 ///
26 ///
27 ///
28 ///

1

Both Plaintiff ST. PAUL and Defendant CLARENDON further stipulate to bear their own costs and fees.

Dated: March 26, 2013         **THE AGUILERA LAW GROUP, APLC**

　　　　　　　　　　　　　　　　　　　*/s/ Scott La Salle*

A. Eric Aguilera
Scott La Salle
Attorneys for Plaintiff ST. PAUL FIRE AND MARINE INSURANCE COMPANY

Dated: March 26, 2013         **BLAU & ASSOCIATES, P.C.**

　　　　　　　　　　　　　　　　　　　*/s/ Ron Nelson*

Ron Nelson
Attorneys for Defendant CLARENDON AMERICA INSURANCE COMPANY

### ORDER

Pursuant to stipulation of Plaintiff ST. PAUL and Defendant CLARENDON and good cause existing therefore,

**IT IS HEREBY ORDERED** that defendant CLARENDON only may be dismissed without prejudice, with each party to bear their own costs and fees.

Dated:  April 2   , 2013                    *Lucy H. Koh*

Hon. Lucy H. Koh
Judge of the District Court