1  **THE AGUILERA LAW GROUP, APLC**
2  A. Eric Aguilera (SBN 192390)
   Scott La Salle (SBN 188287)
3  650 Town Center Drive
   Suite 100
4  Costa Mesa, CA 92626
5  T: 714-384-6600 / F: 714-384-6601
   eaguilera@aguileragroup.com
6  slasalle@aguileragroup.com
7
   Attorney for Plaintiff
8  ST. PAUL MERCURY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN SAFETY INDEMNITY COMPANY, an Oklahoma corporation; et al.,<br><br>Defendants. | Case No. 5:12-cv-05952-LHK<br><br>**STIPULATION TO DISMISS DEFENDANT CENTURY SURETY COMPANY; [PROPOSED] ORDER**<br><br>Complaint Filed:  November 21, 2012<br>Trial Date:  No Date Set |

IT IS HEREBY STIPULATED by and between Plaintiff ST. PAUL MERCURY INSURANCE COMPANY ("ST. PAUL") and Defendant CENTURY SURETY COMPANY ("CENTURY") through their designated counsel that Defendant CENTURY only be and hereby is dismissed without prejudice from the above-captioned action pursuant to FRCP 41(a)(1).

///
///
///
///
///
///

Both Plaintiff ST. PAUL and Defendant CENTURY further stipulate to bear their own costs and fees.

Dated: March 26, 2013        **THE AGUILERA LAW GROUP, APLC**

_____/s/ Scott La Salle_____

A. Eric Aguilera
Scott La Salle
Attorneys for Plaintiff ST. PAUL FIRE AND MARINE INSURANCE COMPANY

Dated: March 26, 2013        **WOOLLS & PEER**

_____/s/ Lisa Darling-Alderton_____

Lisa Darling-Alderton
Attorneys for Defendant CENTURY SURETY COMPANY

### ORDER

Pursuant to stipulation of Plaintiff ST. PAUL and Defendant CENTURY and good cause existing therefore,

**IT IS HEREBY ORDERED** that defendant CENTURY only may be dismissed without prejudice, with each party to bear their own costs and fees.

Dated: April 2, 2013

_Lucy H. Koh_____
Hon. Lucy H. Koh
Judge of the District Court