**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera (SBN 192390)
Scott La Salle (SBN 188287)
650 Town Center Drive
Suite 100
Costa Mesa, CA 92626
T: 714-384-6600 / F: 714-384-6601
eaguilera@aguileragroup.com
slasalle@aguileragroup.com


Attorney for Plaintiff
ST. PAUL MERCURY INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation<br><br>                Plaintiff,<br><br>        v.<br><br>AMERICAN SAFETY INDEMNITY COMPANY, an Oklahoma corporation; et al.,<br><br>                Defendants. | Case No.5:12-cv-05952-LHK<br><br>**STIPULATION TO DISMISS DEFENDANT AMERICAN SAFETY INDEMNITY COMPANY; [PROPOSED] ORDER**<br><br>Complaint Filed:      November 21, 2012<br>Trial Date:             No Date Set |

IT IS HEREBY STIPULATED by and between Plaintiff ST. PAUL MERCURY INSURANCE COMPANY ("ST. PAUL") and Defendant AMERICAN SAFETY INDEMNITY COMPANY ("AMERICAN SAFETY") through their designated counsel that Defendant IRONSHORE only be and hereby is dismissed without prejudice from the above-captioned action pursuant to FRCP 41(a)(1).

///

///

///

///

Both Plaintiff ST. PAUL and Defendant AMERICAN SAFETY further stipulate to bear their own costs and fees.

Dated: March 27, 2013            **THE AGUILERA LAW GROUP, APLC**


_____*/s/ Scott La Salle*_____

A. Eric Aguilera
Scott La Salle
Attorneys for Plaintiff ST. PAUL MERCURY
INSURANCE COMPANY

Dated: March 27, 2013            **BOORNAZIAN, JENSEN & GARTHE**


_____*/s/ Alan J. Swerdlow*_____
Alan J. Swerdlow
Attorneys for Defendant AMERICAN SAFETY
INDEMNITY COMPANY


## ORDER

Pursuant to stipulation of Plaintiff ST. PAUL and Defendant AMERICAN SAFETY and good cause existing therefore,

**IT IS HEREBY ORDERED** that defendant AMERICAN SAFETY only may be dismissed without prejudice, with each party to bear their own costs and fees.

Dated:   _April 2_  , 2013


Hon. Lucy H. Koh
Judge of the District Court