**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera (SBN 192390)
Scott La Salle (SBN 188287)
650 Town Center Drive
Suite 100
Costa Mesa, CA 92626
T: 714-384-6600 / F: 714-384-6601
eaguilera@aguileragroup.com
slasalle@aguileragroup.com

Attorney for Plaintiff
ST. PAUL MERCURY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN SAFETY INDEMNITY COMPANY, an Oklahoma corporation; et al.,<br><br>Defendants. | Case No. 5:12-cv-05952-LHK<br><br>**STIPULATION TO DISMISS DEFENDANT NAVIGATORS INSURANCE COMPANY; [PROPOSED] ORDER**<br><br>Complaint Filed:   November 21, 2012<br>Trial Date:            No Date Set |

IT IS HEREBY STIPULATED by and between Plaintiff ST. PAUL MERCURY INSURANCE COMPANY ("ST. PAUL") and Defendant NAVIGATORS INSURANCE COMPANY ("NAVIGATORS") through their designated counsel that Defendant NAVIGATORS only be and hereby is dismissed without prejudice from the above-captioned action pursuant to FRCP 41(a)(1).

///
///
///
///

Both Plaintiff ST. PAUL and Defendant NAVIGATORS further stipulate to bear their own costs and fees.

Dated: April 4, 2013        **THE AGUILERA LAW GROUP, APLC**

/s/ Scott La Salle

A. Eric Aguilera
Scott La Salle
Attorneys for Plaintiff ST. PAUL FIRE AND MARINE INSURANCE COMPANY

Dated: April 4, 2013        **GORDON & REES, LLP**

/s/ Timothy P. Lindell
Timothy P. Lindell
Attorneys for Defendant NAVIGATORS INSURANCE COMPANY

## ORDER

Pursuant to stipulation of Plaintiff ST. PAUL and Defendant NAVIGATORS and good cause existing therefore,

**IT IS HEREBY ORDERED** that defendant NAVIGATORS only is dismissed without prejudice, with each party to bear their own costs and fees.

Dated: __April 8__, 2013

*Lucy H. Koh*
Hon. Lucy H. Koh
Judge of the District Court