**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera (SBN 192390)
Scott La Salle (SBN 188287)
650 Town Center Drive
Suite 100
Costa Mesa, CA 92626
T: 714-384-6600 / F: 714-384-6601
eaguilera@aguileragroup.com
slasalle@aguileragroup.com

Attorney for Plaintiff
ST. PAUL MERCURY INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation<br><br>       Plaintiff,<br><br>   v.<br><br>AMERICAN SAFETY INDEMNITY COMPANY, an Oklahoma corporation; et al.,<br><br>       Defendants. | Case No. 5:12-cv-05952-LHK<br><br>**STIPULATION TO DISMISS DEFENDANT OLD REPUBLIC INSURANCE COMPANY; [PROPOSED] ORDER**<br><br>Complaint Filed:   November 21, 2012<br>Trial Date:       No Date Set |

IT IS HEREBY STIPULATED by and between Plaintiff ST. PAUL MERCURY INSURANCE COMPANY ("ST. PAUL") and Defendant OLD REPUBLIC INSURANCE COMPANY ("OLD REPUBLIC") through their designated counsel that Defendant OLD REPUBLIC only be and hereby is dismissed without prejudice from the above-captioned action pursuant to FRCP 41(a)(1).

///

///

///

///

1

1       Both Plaintiff ST. PAUL and Defendant OLD REPUBLIC further stipulate to bear their own

2 costs and fees.

3

4 Dated: April 4, 2013              **THE AGUILERA LAW GROUP, APLC**

5

6

7                                   */s/ Scott La Salle*

8                        A. Eric Aguilera
                       Scott La Salle

9                        Attorneys for Plaintiff ST. PAUL FIRE AND MARINE
                       INSURANCE COMPANY

10

11 Dated: April 4, 2013              **BRANSON, BRINKOP, GRIFFITH & STRONG, LLP**

12

13                                     */s/ John R. Campo*

14                        John R. Campo
                       Attorneys for Defendant OLD REPUBLIC INSURANCE

15                        COMPANY

16

17                                    **ORDER**

18       Pursuant to stipulation of Plaintiff ST. PAUL and Defendant OLD REPUBLIC and good

19 cause existing therefore,

20       **IT IS HEREBY ORDERED** that defendant OLD REPUBLIC only may be dismissed

21 without prejudice, with each party to bear their own costs and fees.

22

23 Dated: __April 8__ , 2013

24                                   Hon. Lucy H. Koh
                                Judge of the District Court

25

26

27

28