1  **THE AGUILERA LAW GROUP, APLC**
2  A. Eric Aguilera (SBN 192390)
   Scott La Salle (SBN 188287)
3  650 Town Center Drive
   Suite 100
4  Costa Mesa, CA 92626
5  T: 714-384-6600 / F: 714-384-6601
   eaguilera@aguileragroup.com
6  slasalle@aguileragroup.com
7
8  Attorney for Plaintiff
   ST. PAUL MERCURY INSURANCE COMPANY
9

10  **UNITED STATES DISTRICT COURT**
11  **NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**
12

| ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN SAFETY INDEMNITY COMPANY, an Oklahoma corporation; et al.,<br><br>Defendants. | Case No. 5:12-cv-05952-LHK<br>Hon. Lucy H. Koh<br><br>**STIPULATION TO DISMISS HARTFORD FIRE INSURANCE COMPANY AND HARTFORD CASUALTY INSURANCE COMPANY; [PROPOSED] ORDER**<br><br>Complaint Filed:   November 21, 2012<br>Trial Date:           June 23, 2014 |
|---|---|

20  IT IS HEREBY STIPULATED by and between Plaintiff ST. PAUL MERCURY
21  INSURANCE COMPANY ("ST. PAUL") and Defendant HARTFORD FIRE INSURANCE
22  COMPANY, erroneously sued as Hartford Casualty Insurance Company, through their designated
23  counsel that Hartford Fire Insurance Company and Hartford Casualty Insurance Company
24  (collectively "HARTFORD") only be and hereby are dismissed without prejudice from the above-
25  captioned action pursuant to FRCP 41(a)(1).
26  ///
27  ///
28  ///

Both Plaintiff ST. PAUL and Defendant HARTFORD FIRE INSURANCE COMPANY further stipulate to bear their own costs and fees.

Dated: April 16, 2013        **THE AGUILERA LAW GROUP, APLC**

          /s/ Scott La Salle
A. Eric Aguilera
Scott La Salle
Attorneys for Plaintiff ST. PAUL FIRE AND MARINE INSURANCE COMPANY

Dated: April 16, 2013        **SMITH, SMITH & FEELEY, LLP**

          /s/ John E. Feeley
John E. Feeley
Attorneys for Defendant HARTFORD FIRE INSURANCE COMPANY, erroneously sued as Hartford Casualty Insurance Company

### ORDER

Pursuant to stipulation of Plaintiff ST. PAUL and Defendant HARTFORD FIRE INSURANCE COMPANY and good cause existing therefore,

**IT IS HEREBY ORDERED** that Hartford Fire Insurance Company and Hartford Casualty Insurance Company only are dismissed without prejudice, with each party to bear their own costs and fees.

Dated:   April 29  , 2013

Hon. Lucy H. Koh
Judge of the District Court