Brandt L. Wolkin, Esq.,     SBN 112220
Jennifer L. Elowsky, Esq.,  SBN 230739
Wolkin · Curran, LLP
555 Montgomery Street, Suite 1100
San Francisco, California 94111
Telephone:    (415) 982-9390
Facsimile:     (415) 982-4328

Attorneys for defendant
ROCKHILL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN SAFETY INDEMNITY COMPANY, et al.<br><br>Defendants. | Case No. 5:12-cv-05952 - LHK<br><br>The Honorable Judge Lucy H. Koh<br><br>**[PROPOSED] ORDER SETTING ASIDE THE DEFAULT OF DEFENDANT ROCKHILL INSURANCE COMPANY**<br><br>*Complaint filed November 21, 2012*<br>*Trial Date June 23, 2014* |

Upon consideration of the Stipulation to Set Aside the Default of Rockhill Insurance Company, and good cause appearing therefor, it is hereby ordered as follows:

The default taken by plaintiff ST. PAUL MERCURY INSURANCE COMPANY as to defendant ROCKHILL INSURANCE COMPANY ("Rockhill") is hereby set aside. Rockhill shall file an answer to plaintiff's complaint no later than May 20, 2013.

IT IS SO ORDERED.

Dated: May 15, 2013

By: *Lucy H. Koh*
**The Honorable Judge Lucy H. Koh**
United States District Court,
Northern District of California,
San Jose Division

1.

**[PROPOSED] ORDER TO SET ASIDE DEFAULT**     CASE NUMBER 5:12-CV-05952-LHK