UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation,<br><br>　　　　　　　　　Plaintiff,<br>　　v.<br><br>AMERICAN SAFETY INDEMNITY COMPANY, et al.; and Does 1-10, inclusive,<br><br>　　　　　　　　　Defendants. | Case No.: 12-CV-05952-LHK<br><br>ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

　　　　The parties filed a Joint Case Management Statement on July 31, 2013. ECF No. 200. In this statement, the parties note that there are no motions currently pending, that the parties do not anticipate any need for special procedures or orders related to discovery pursuant to Federal Rule of Civil Procedure 26(f), and that they do not currently need any changes to the case schedule. Further, the parties explain that, although they participated in a mediation with Douglas deVries on July 25, 2013, the matter is unresolved. Nevertheless, the parties are continuing to discuss the possibility of a further mediation with Mr. deVries.

　　　　As there do not appear to be any issues that currently require the Court's resolution, the Court hereby CONTINUES the case management conference set for August 7, 2013, to November 20, 2013, at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: August 5, 2013

　　　　　　　　　　　　　　　　　　　_Lucy H. Koh_
　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　United States District Judge

1

Case No.: 12-CV-05952-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE