UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| ST. PAUL MERCURY INSURANCE CO., | ) | Case No.: 12-CV-05952-LHK |
| | ) | |
| Plaintiff, | ) | ORDER CONTINUING HEARINGS |
| | ) | |
| v. | ) | |
| | ) | |
| AMERICAN SAFETY INDEMNITY COMPANY, et al.; and Does 1-20, inclusive, | ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

The Court hereby ORDERS that the case management conference and motion hearing set for April 3, 2014 be continued to May 22, 2014 at 1:30 P.M.  The May 29, 2014 pretrial conference is continued to June 11, 2014 at 2:00 P.M.

**IT IS SO ORDERED.**

Dated: March 25, 2014

_Lucy H. Koh_
LUCY H. KOH
United States District Judge