UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| ST. PAUL MERCURY INSURANCE CO., | ) | Case No.: 12-CV-05952-LHK |
| | ) | |
| Plaintiff, | ) | ORDER DENYING IN PART MOTIONS |
| | ) | FOR SUMMARY JUDGMENT |
| v. | ) | WITHOUT PREJUDICE |
| | ) | |
| AMERICAN SAFETY INDEMNITY | ) | |
| COMPANY, et al.; and Does 1-20, inclusive, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

In their May 13, 2014 joint case management statement, the parties indicated that Plaintiff St. Paul and Defendants Gemini and Lexington have reached settlements, that "Gemini and Lexington are withdrawing their participation in defendants' joint motion for summary judgment," and that the parties "will also file notices of settlement and notices to the court that the cross-motions as between St. Paul and defendants Gemini and Lexington only are withdrawn." ECF No. 249 at 2-3. Defendants' joint motion for summary judgment (ECF No. 239) and St. Paul's motion for partial summary judgment against defendants (ECF No. 238) are scheduled for hearing on May 22, 2014. In the interest of conserving Court and party resources, the parties' cross-motions for summary judgment are hereby DENIED WITHOUT PREJUDICE as to Gemini and Lexington only. The May 22, 2014 hearing remains as set.

United States District Court
For the Northern District of California

**IT IS SO ORDERED.**

Dated: May 14, 2014

*Lucy H. Koh*
_____
LUCY H. KOH
United States District Judge

Case No.: 12-CV-05952-LHK
ORDER DENYING IN PART MOTIONS FOR SUMMARY JUDGMENT WITHOUT PREJUDICE