UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE CO., | Case No.: 12-CV-05952-LHK |
| Plaintiff, | ORDER REQUESTING SETTLEMENT STATUS |
| v. | |
| AMERICAN SAFETY INDEMNITY COMPANY, et al.; and Does 1-20, inclusive, | |
| Defendants. | |

In their May 13, 2014 joint case management statement, the parties indicated that Plaintiff St. Paul and Defendants Gemini and Lexington have reached settlements, and that "[t]hese parties anticipate exchanging settlement documents and filing stipulations to dismiss in the next 30 days." ECF No. 249 at 2-3. The dates for the pretrial conference (June 11, 2014), trial (June 23, 2014), and pretrial filings remain as set. *See* ECF Nos. 241, 247. The parties are hereby ORDERED to file a joint status report regarding settlement by June 4, 2014.

**IT IS SO ORDERED.**

Dated: May 29, 2014

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 12-CV-05952-LHK
ORDER REQUESTING SETTLEMENT STATUS