UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| ST. PAUL MERCURY INSURANCE CO., | ) | Case No.: 12-CV-05952-LHK |
| Plaintiff, | ) ) ) | ORDER REGARDING PRETRIAL CONFERENCE AND SETTLEMENT |
| v. | ) ) | |
| AMERICAN SAFETY INDEMNITY COMPANY, et al.; and Does 1-20, inclusive, | ) ) ) | |
| Defendants. | ) ) | |

In light of the remaining parties' joint status report regarding settlement (ECF No. 256) and the pretrial conference date of June 11, 2014, the parties are hereby ORDERED to file their stipulations of dismissal by Monday, June 9, 2014.

**IT IS SO ORDERED.**

Dated: June 4, 2014

_Lucy H. Koh_
LUCY H. KOH
United States District Judge